In the Matter of ROBERT DAVIS, Appellant, v BRIAN FISCHER, as Commissioner of Correctional Services, Respondent.

Submitted August 8, 2011; decided October 20, 2011

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

THOMAS E. DOMBROWSKI, Respondent, v RAYMOND W. BULSON, Appellant.

Submitted September 12, 2011; decided October 20, 2011

Motion to vacate this Court's August 25, 2011 preclusion order granted.

PATRICIA KANE et al., Respondents, v JOHN F. GALTIERI, Appellant, et al., Defendant.

Submitted August 1, 2011; decided October 20, 2011

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.